UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GILLEN STARR, | No. 2:17-cv-0206 AC P |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

     Plaintiff is a state prisoner proceeding pro se with the instant action.  Based on the filings submitted, which are largely unintelligible, it appears that plaintiff is attempting to bring both a civil rights action pursuant to 42 U.S.C. § 1983 and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  ECF Nos. 1, 4, 5, 6.  Plaintiff is advised that he cannot pursue relief under § 1983 and § 2254 in the same action.  The complaint will be dismissed with leave to amend and plaintiff will be sent both a form for § 1983 complaints and a form for § 2254 habeas petitions.  Plaintiff must choose how he wants to go forward in this case.  If plaintiff is attempting to bring claims about the conditions of his confinement, they must be brought under § 1983.  If he is trying to bring claims challenging his conviction or sentence, they must be brought under § 2254.  If he is trying to bring both conditions of confinement and habeas claims, he must decide whether he wants to continue with his conditions of confinement claims or his habeas claims in this case.  If he wants to, plaintiff can bring the other claims in a separate action.

Plaintiff has also filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 5. However, his application for leave to proceed in forma pauperis is not on the form used by this district and therefore does not have all of the required information. The request will be denied and plaintiff will have an opportunity to submit a new request to proceed in forma pauperis.

Finally, the court recently served documents on plaintiff's address of record that were returned by the postal service with the notation that delivery had been refused. Plaintiff is informed that all court orders will be served on him at his address of record and that acceptance of those orders will be necessary to prosecution of the instant action. Plaintiff is further informed that further refusal to accept delivery of court orders may result in a recommendation that this action be dismissed. See L.R. 110.

Accordingly, IT IS HEREBY ORDERD that:

1. The complaint is dismissed with leave to amend.

2. Within thirty days from the date of service of this order, plaintiff may file either an amended complaint containing only claims related to his conditions of confinement or an amended petition containing only claims challenging his conviction or sentence. The amended complaint or petition must bear the docket number assigned this case. Plaintiff must file an original and two copies of the amended complaint or petition. Failure to file an amended complaint or petition will result in a recommendation that this action be dismissed without prejudice.

3. The Clerk of the Court is directed to send plaintiff copies of the prisoner complaint form and form for application for writ of habeas corpus used in this district.

4. Plaintiff's application to proceed in forma pauperis (ECF No. 5) is denied without prejudice.

5. Plaintiff shall submit, within thirty days from service of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

////

6. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

7. The Clerk of the Court is directed to re-serve a copy of the documents at ECF No. 9, together with a copy of this order, on plaintiff at his current address.

8. Continued refusal of documents from the court will result in a recommendation that this action be dismissed without prejudice.

DATED: March 13, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3